PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA VERMILLION, ESQUIRE #241354
BONNI S. MANTOVANI, ESQUIRE #106353
ANNA LANDA, ESQUIRE #276607
DIANA TORRES-BRITO, ESQUIRE #163193
ALEXANDER G. MEISSNER, ESQUIRE #315437
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0101 facsimile
cmartin@pralc.com
Attorneys for Movant Pecas, LLC
C.224-054

**IN THE UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Lake Mathews Mineral Properties, LTD.,<br><br>Debtor. | CASE NO. 2:16-bk-16363-NB<br><br>Chapter 11 converted to Chapter 7<br><br>**NOTICE OF MOTION UPON REQUEST FOR HEARING AND MOTION FOR ORDER AUTHORIZING EXAMINATION OF SHIRLEY S. SMITH, ESQ., FORMER OF COUNSEL FOR DEBTOR AND CURRENT COUNSEL FOR PARTNER OF DEBTOR, JAMES D. HOLMES, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>(NO HEARING REQUIRED PURSUANT TO LBR 2004-1 AND LBR 9013-1(p)) |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE AND OTHER INTERESTED PARTIES:**

COMES NOW, Pecas, LLC, movant of the Debtor, Lake Mathew Mineral Properties,

1

LTD (hereinafter "LMMP" or "Debtor" ), a creditor in the above-referenced case ("Movant") hereby moves this Court for entry of an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the 2004 Examination, the proposed form of Order is attached hereto as **Exhibit "A"**, authorizing and directing the examination of Shirley Smith, partner of the Debtor.

Movant seeks to have the 2004 Exam of Shirley Smith held on August 22, 2017 starting at 10:00 a.m. at Kelli Norden and Associates, 11835 West Olympic Boulevard, Suite 680E, Los Angeles, CA 90064 (Court reporter), and continuing from day to day and from time to time, as necessary or as Ordered by the Court.

A proposed Order has been submitted with this Application granting the Motion for 2004 Examination.

Any opposition or motion for a protective order must be filed 14 (fourteen) days from the date of service of the Motion for 2004 Examination with a Request for Hearing with the Bankruptcy Court and a copy served on Cassandra J. Richey, Esq, Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.in accordance with the provisions of Local Bankruptcy Rule 2004-1 and LBR 9013-1(o) and LBR 9013-1(p). Failure to file a timely response may be deemed consent to the 2004 Examination.

Dated:   August 2, 2017                           Prober & Raphael, A Law Corporation

                                                      By /s/  Cassandra J. Richey
                                                        Cassandra J. Richey, SBN 155721
                                                        Attorneys for Movant

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

The Debtor, Lake Mathews Mineral Properties, LTD, (hereinafter "LMMP" or "Debtor") filed a petition under Chapter 11 on May 13, 2016, Case No. 2:16-bk-16363-NB.

Prior to filing the Chapter 11 Bankruptcy case, the Debtor was embroiled in state court litigation involving Pecas, LLC vs. Lake Mathews Mineral Properties, LTD, Et. Al. (BC600724, Superior Court, State of California, Los Angeles and RIC1309386 -Paul Merritt vs. James D. Holmes, Jr and Lake Mathew Mineral Properties LTD- Riverside Superior Court, State of California).

Movant has information suggesting that Shirley S. Smith, Esq., as a prior general legal counsel of the Debtor and as current counsel of James D. Holmes, former managing partner of Debtor, has relevant information regarding the filing of the Debtor's bankruptcy case which is relevant to Movant's position as a creditor in the within bankruptcy case. Movant seeks to obtain information and documentation regarding the above issues relating to the Debtor's pre-petition assets, liabilities and partnership agreements to determine, among other things, whether assets may be available for recovery for the benefit of the Debtor's creditors, and whether the Debtor may have taken actions with respect to those assets, liabilities and partnerships that would preclude the Debtor from filing a bankruptcy case.

## II.

## RELIEF REQUESTED

By this Motion, Movant respectfully requests the entry of an Order, pursuant to Federal Rule of Bankruptcy Procedure ("FRBP"), Rule 2004, directing Shirley S. Smith, Esq., as a prior general legal counsel of the Debtor and as current counsel of James D. Holmes, former managing partner of Debtor to: (i) submit to an examination by Movant, to be recorded by court reporter (the "Rule 2004 Examination"), beginning on August 18, 2017 at 10:00 a.m., at Kelli Norden and Associates, 11835 West Olympic Boulevard, Suite 680E, Los Angeles, CA 90064 (Court

reporter) and continuing from day to day and from time to time, as necessary or as Ordered by the Court until completed.

### III.

### BASIS FOR REQUESTED RELIEF

The purpose of an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure is generally to gain a "clear picture of the condition and whereabouts of the bankruptcy estate". *Keena Corp. v, Johns-Manville Corp. (In re Johns-Manville)*, 42 Bankr. 362, 364 (Bankr. S.D.N.Y., 1984). Courts have uniformly recognized that the scope of the 2004 examination is "unfettered and broad." *In re Table Talk, Inc.* 51 Bankr. 143, 145 (Bankr. D. Mass. 1985). An examination pursuant to Rule 2004 may "cut a broad swath through the Debtor's affairs." *Johns-Mansville Corp. supra*, 42 Bankr. at 364.

The Movant desires to examine Shirley S. Smith, Esq., as a prior general legal counsel of the Debtor and as current counsel of James D. Holmes, former managing partner of Debtor, generally with respect to: (i) information relating to the acts, conduct, property, liabilities, and claims of the Debtor, which may affect the administration of the Debtor's estate, as permitted under Federal Rules of Bankruptcy Procedure Rule 2004; and (ii) information about the Debtor's assets, liabilities and partnership agreements generally, and specifically an accounting of the partnership agreements of the Debtor and assets transferred by the Debtor to determine if claims or assets exist outside of what was provided on the Debtor's schedules and the values provided therein.

Local Bankruptcy Rule 2004-1 requires that the Motion identify the place of residence and the place of employment of the examinee, if known. Shirley S. Smith, Esq., as a prior general legal counsel of the Debtor and as current counsel of James D. Holmes, former managing partner of Debtor, whose address is "Shirley S. Smith, 1447 16th Street, Santa Monica, CA 90404." No other address is given for such employment aside from her home. Movant has also served the address showing in the bankruptcy court docket as an address, but it is believed to no longer be valid.

Local Bankruptcy Rule 2004-1 further requires that the Motion state why the examination cannot proceed under FRBP 7030 or 9014. An examination cannot proceed under these rules since they pertain only in the context of a pending contested matter or adversary proceeding, and there is no pending adversary proceedings or contested matter herein as between the Movant and the Debtor.

In accordance with Local Bankruptcy Rule 2004-1(a), Cassandra J. Richey, counsel for Movant, met and conferred with Trustee's counsel, Juliet Y. Oh. Trustee's counsel has consented to the 2004 Examination of Shirley S. Smith. Therefore, Counsel for the Movant unilaterally picked the date of August 18, 2017 at 10:00 a.m., and filed this Motion.

## IV.

## **CONCLUSION**

For the foregoing reasons, Movant submits that it is appropriate to permit the instant examination to proceed pursuant to FRBP 2004. The Movant's request for an order directing Shirley S. Smith, Esq., as a prior general legal counsel of the Debtor and current counsel for James D. Holmes, former managing partner of Debtor to appear to testify is necessary, proper and appropriate.

Dated: August 2, 2017                                            Prober & Raphael, A Law Corporation

By /s/ Cassandra J. Richey
    Cassandra J. Richey, Esq., #155721
    Attorneys for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION UPON REQUEST FOR HEARING AND MOTION FOR ORDER AUTHORIZING EXAMINATION OF SHIRLEY S. SMITH, ESQ., FORMER AND/OR CURRENT COUNSEL FOR DEBTOR AND JAMES D. HOLMES, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/2/17, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Franklin C Adams franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Dare Law dare.law@usdoj.gov, Kenneth.G.Lau@usdoj.gov;Alvin.mar@usdoj.gov;hatty.yip@usdoj.gov
Charles R Markley cmarkley@williamskastner.com, norah.cartier@greenemarkley.com
Elissa Miller (TR) CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com
Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
Giovanni Orantes go@gobklaw.com, gorantes@oranteslaw.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com
Cassandra J Richey ecfcca@ecf.courtdrive.com
Melanie Scott melanie.scott@usdoj.gov
David Samuel Shevitz david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com
Adam Telanoff adam.telanoff@gmail.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 8/2/17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/2/17 | Roger Soria | /s/ Roger Soria |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**2: SERVED BY U.S. MAIL**

Hon. Neil W. Bason
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1552
Los Angeles, CA 90012-3332
Judge's Copy

Lake Mathews Mineral Properties, LTD.
100 Oceangate, Suite 1200
Long Beach, CA 90802
Debtor

Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2929
Attorney for Debtor

James D. Holmes
c/o Shirley Smith, Esq.
9359 Lincoln Blvd., #4244
Los Angeles, CA  90045
Former Managing Partner of Debtor

James D. Holmes
c/o Shirley Smith, Esq.
1447 16th Street
Santa Monica, CA 90404
Former Managing Partner of Debtor

Shirley Smith, Esq.
9359 Lincoln Blvd., #4244
Los Angeles, CA  90045
Prior General Legal Counselor

Shirley Smith, Esq.
1447 16th Street
Santa Monica, CA 90404
Prior or Current General Legal Counselor

| | |
|---|---|
| 1 | Elissa Miller (TR) |
| 2 | SulmeyerKupetz |
|   | 333 S Hope St, 35th fl |
| 3 | Los Angeles, CA 90071 |
|   | Chapter 7 Trustee |
| 4 | |
| 5 | Franklin C Adams |
|   | Best Best & Krieger LLP |
| 6 | 3390 University Ave., 5th Floor |
|   | P. O. Box 1028 |
| 7 | Riverside, CA 92502 |
|   | Attorney for Chapter 7 Trustee |
| 8 | |
| 9 | Juliet Y Oh |
| 10 | 10250 Constellation Blvd Ste 1700 |
|    | Los Angeles, CA 90067 |
| 11 | Attorney for Chapter 7 Trustee |
| 12 | United States Trustee (LA) |
|    | 915 Wilshire Blvd, Suite 1850 |
| 13 | Los Angeles, CA 90017 |
| 14 | |
|    | Dare Law, Esquire |
| 15 | Melanie Scott Green, Esquire |
|    | Office of the United States Trustee |
| 16 | 915 Wilshire Blvd. |
|    | Suite 1850 |
| 17 | Los Angeles, CA 90017 |
| 18 | Attorney for the U.S. Trustee |
| 19 | Kelli Norden and Associates |
|    | 11835 West Olympic Boulevard, Suite 680E |
| 20 | Los Angeles, CA 90064 |
| 21 | Court reporter |
| 22 | Parties on attached Creditors List |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

9

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:16-bk-16363-NB<br>Central District of California<br>Los Angeles<br>Fri Jun 17 17:22:37 PDT 2016 | Lake Mathews Mineral Properties, LTD<br>19900 MacArthur Blvd Ste 1150<br>Irvine, CA 92612-8433 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| Adam Telanoff, Esq.<br>9737 Lurline Ave.<br>Chatsworth, CA 91311-4404 | Ann Bitterman<br>Coral Gables<br>405 Biltmore Way<br>Coral Gables, FL 33134-5770 | Baker & McKenzie, LLC<br>300 East Randolph Street, Ste 5000<br>Chicago, IL 60601-6342 |
| Danielia Wingham<br>3435 Ocean Park Blvd., No 107-43<br>Santa Monica, CA 90405-3301 | David J Myers, Eqq<br>Kuzyk Law, LLP<br>17606 Camino de Yatasio<br>Pacific Palisades, CA 90272-2014 | Dennis Palmieri<br>P O Box 2465<br>Malibu, CA 90265-7465 |
| Ernst Muusse<br>3435 Ocean Park Blvd., No. 107-43<br>Santa Monica, CA 90405-3301 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Frank Cardinale<br>1300 Bristonl Street N. Ste 100<br>Newport Beach, CA 92660-2989 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jackson Cox<br>c/o Walter J. Sawacki, Esq.<br>2430 Ocean View Ave;, Ste 305<br>Los Angeles, CA 90057-1894 | Klover Trust<br>c/o Frank Cardinale, Esq.<br>1300 Bristonl Street N., Ste 100<br>Newport Beach, CA 92660-2989 |
| Lawrence Holmes Senior Mining, Inc<br>100 Oceangate Ste 1200<br>Long Beach CA 90802-4324 | Martin Hudler & Bridgeport Mngmnt.<br>c/o Charles R Markley<br>Greene & Markely PC<br>1515 SW 5th Ave.#600<br>Portland, OR 97201-5492 | Matt Washin<br>c/o Walter J Sawacki, Esq.<br>2430 Ocean View Ave., Ste 305<br>Los Angeles, CA 90057-1894 |
| PECAS LLC<br>1417 Via Anita<br>Pacific Palisades, CA 90272-2357 | PECAS PROPERTY HOLDINGS, LLC<br>1417 Via Anita<br>Pacific Palisades, CA 90272-2357 | Palmieri, Tyler, Winer, Wilhelm<br>& Waldron, LLC<br>1900 Main Steet, Suite 700<br>Irvine, CA 92614-7328 |
| Shirley Smith, Esq.<br>James D Holmes<br>9359 Lincoln Blvd., Ste 4244<br>Los Angeles, CA 90045-7103 | The Planning Group, LLC an Arizona<br>Altair LLC, an Arizona LLC<br>800 N. Gainey Center Dr., Ste 176<br>Scottsdale, AZ 85258 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |

```
INTERNAL REVENUE SERVICE
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012
```

| End of Label Matrix | |
|---|---|
| Mailable recipients | 25 |
| Bypassed recipients | 0 |
| Total | 25 |