Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
Melissa A. Vermillion, Esquire #241354
Bonni S. Mantovani, Esquire #106353
Anna Landa, Esquire #276607
Diana Torres-Britto, Esquire #163193
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
cmartin@pralc.com
Attorneys for Creditor Pecas, LLC
C.224-054

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In Re | Bk. No. 2:16-bk-16363-NB |
| Lake Mathews Mineral Properties, LTD., | CHAPTER 7 |
| Debtor. | **PROPOSED ORDER ON MOTION FOR ORDER AUTHORIZING EXAMINATION OF SHIRLEY S. SMITH, FORMER GENERALCOUNSEL FOR DEBTOR AND CURRENT COUNSEL FOR PARTNER OF DEBTOR, JAMES HOLMES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |
| _____/ | (NO HEARING REQUIRED PURSUANT TO LBR 2004-1 AND LBR 9013-1) |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the relief sought as set forth in the Motion for Order Authorizing Examination of Shirley Smith, Former General Counsel for Debtor and Current Counsel for Partner (James Holmes) of Debtor (Lake Mathews Mineral Properties, LTD), Pursuant to Federal Rule of Bankruptcy Procedure 2004 filed by Movant Pecas, LLC, on _____ at Docket No. _____, is granted and is hereby an order of the Court.

1

EXHIBIT A

1 # # #
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28