| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PROBER & RAPHAEL, A LAW CORPORATION<br>DEAN R. PROBER, ESQUIRE, #106207<br>LEE S. RAPHAEL, ESQUIRE #180030<br>CASSANDRA J. RICHEY, ESQUIRE #155721<br>MELISSA VERMILLION, ESQUIRE #241354<br>BONNI S. MANTOVANI, ESQUIRE #106353<br>ANNA LANDA, ESQUIRE #276607<br>DIANA TORRES-BRITO, ESQUIRE #163193<br>JONATHAN N. VAKNIN, ESQUIRE #263642<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364<br>(818) 227-0100<br>(818) 227-0101 facsimile<br>cmartin@pralc.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Secured Creditor Pecas, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Lake Mathews Minerals Properties, LTD., | CASE NO.: 2:16-bk-16363-NB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]** |
| Debtor(s). | [No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Pecas, LLC                                                                                                                             ,
   filed a motion or application (Motion) entitled Motion for Order Authorizing Examination of Shirley S.Smith,
   Former General Counsel of Debtor, and Current Counsel of Partner of Debtor, Pursuant to FRBP 2004         .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR 9013-1(o)(1); or

   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion.  (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    Page 1                                       **F 9013-1.2.NO.HEARING.NOTICE**

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 08/01/2017

Cassandra J. Richey
Signature of Movant or attorney for Movant

Cassandra J. Richey, SBN 155721
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                            **F 9013-1.2.NO.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger michael.berger@bankruptcypower.com,yathida.nipha@bankruptcypower.com;
  michael.berger@ecf.inforuptcy.com
Melanie Scott Green Melanie.green@usdoj.gov
Dare Law dare.law@usdoj.gov, ron.maroko@usdoj.gov
Cassandra J Richey cmartin@pralc.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/02/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Shirley Smith, Esq.
9359 Lincoln Blvd., #4244
Los Angeles, CA  90045
Former Counsel for Debtor and current counsel for Partner of Debtor, James Holmes

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/02/2017 | Roger Soria | /s/ Roger Soria |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**2: <u>SERVED BY U.S. MAIL</u>**

Hon. Neil W. Bason
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1552
Los Angeles, CA 90012-3332
Judge's Copy

Lake Mathews Mineral Properties, LTD.
100 Oceangate, Suite 1200
Long Beach, CA 90802
Debtor

Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2929
Attorney for Debtor

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Melanie Scott Green
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
Attorney for the U.S. Trustee

Dare Law
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
Attorney for the U.S. Trustee

Parties on attached Creditors List

Shirley S. Smith, Esq.
1447 16th Street
Santa Monica, CA  90404
Prior General Counsel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:16-bk-16363-NB<br>Central District of California<br>Los Angeles<br>Fri Jun 17 17:22:37 PDT 2016 | Lake Mathews Mineral Properties, LTD<br>19900 MacArthur Blvd Ste 1150<br>Irvine, CA 92612-8433 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| Adam Telanoff, Esq.<br>9737 Lurline Ave.<br>Chatsworth, CA 91311-4404 | Ann Bitterman<br>Coral Gables<br>405 Biltmore Way<br>Coral Gables, FL 33134-5770 | Baker & McKenzie, LLC<br>300 East Randolph Street, Ste 5000<br>Chicago, IL 60601-6342 |
| Danielia Wingham<br>3435 Ocean Park Blvd., No 107-43<br>Santa Monica, CA 90405-3301 | David J Myers, Eqq<br>Kuzyk Law, LLP<br>17606 Camino de Yatasio<br>Pacific Palisades, CA 90272-2014 | Dennis Palmieri<br>P O Box 2465<br>Malibu, CA 90265-7465 |
| Ernst Muusse<br>3435 Ocean Park Blvd., No. 107-43<br>Santa Monica, CA 90405-3301 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Frank Cardinale<br>1300 Bristonl Street N. Ste 100<br>Newport Beach, CA 92660-2989 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jackson Cox<br>c/o Walter J. Sawacki, Esq.<br>2430 Ocean View Ave;, Ste 305<br>Los Angeles, CA 90057-1894 | Klover Trust<br>c/o Frank Cardinale, Esq.<br>1300 Bristonl Street N., Ste 100<br>Newport Beach, CA 92660-2989 |
| Lawrence Holmes Senior Mining, Inc<br>100 Oceangate Ste 1200<br>Long Beach CA 90802-4324 | Martin Hudler & Bridgeport Mngmnt.<br>c/o Charles R Markley<br>Greene & Markely PC<br>1515 SW 5th Ave.#600<br>Portland, OR 97201-5492 | Matt Washin<br>c/o Walter J Sawacki, Esq.<br>2430 Ocean View Ave., Ste 305<br>Los Angeles, CA 90057-1894 |
| PECAS LLC<br>1417 Via Anita<br>Pacific Palisades, CA 90272-2357 | PECAS PROPERTY HOLDINGS, LLC<br>1417 Via Anita<br>Pacific Palisades, CA 90272-2357 | Palmieri, Tyler, Winer, Wilhelm<br>& Waldron, LLC<br>1900 Main Steet, Suite 700<br>Irvine, CA 92614-7328 |
| Shirley Smith, Esq.<br>James D Holmes<br>9359 Lincoln Blvd., Ste 4244<br>Los Angeles, CA 90045-7103 | The Planning Group, LLC an Arizona<br>Altair LLC, an Arizona LLC<br>800 N. Gainey Center Dr., Ste 176<br>Scottsdale, AZ 85258 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |

```
INTERNAL REVENUE SERVICE
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012
```

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25